THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* SARAH WEBSTER, Respondent.

Argued May 28, 1952; decided June 6, 1952.

*Miles F. McDonald, District Attorney (David Diamond of* counsel), for appellant.

*Arnold D. Roseman* and *J. Jack Brown* for respondent.

Judgment and order affirmed. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, DYE, FULD and FROESSEL, JJ. Not sitting: CONWAY, J.